# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>STAGECOACH LIQUORS INC; JAMES M. BARKER, AS TRUSTEE OF THE JAMES M. BARKER REVOCABLE TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: CV 24-6379-GW-MAAx<br><br>**Default Judgment**<br><br>Date: January 9, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Honorable Judge George H. Wu |

   Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff LUZ ZENDEJAS shall have JUDGMENT in Plaintiff's favor in the amount of $3,015.00 for a total costs-and-fees award, against Defendants STAGECOACH LIQUORS INC and JAMES M. BARKER, AS TRUSTEE OF THE JAMES M. BARKER REVOCABLE TRUST.

//
//
//

Additionally, Defendants STAGECOACH LIQUORS INC and JAMES M. BARKER, AS TRUSTEE OF THE JAMES M. BARKER REVOCABLE TRUST are ordered to provide an accessible parking space at the property located at or about 1536 Newbury Rd., Newbury Park, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: January 13, 2025

                                HON. GEORGE H. WU,
                                United States District Judge